1   Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
    Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2   FAZIO | MICHELETTI LLP
    2410 Camino Ramon, Suite 315
3   San Ramon, CA  94583
    T:  925-543-2555
4   F:  925-369-0344

5   Attorneys for Plaintiff, Charlene Gallion,
    on behalf of herself and all others
6   similarly situated

7   Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
    Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
8   CHIMICLES & TIKELLIS LLP
    361 W. Lancaster Avenue
9   Haverford, PA  19041
    T:  610-642-8500
10  F:  610-649-3633

11  Attorneys for Plaintiff, Christopher Corsi,
    on behalf of himself and all others
12  similarly situated

13  *Additional Counsel Listed*
    *at End of Document*

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17  CHARLENE GALLION, on behalf of          No. 10-cv-01610-SC_____
    herself and all others similarly situated,
18                                          ERRATA RE STIPULATION AND
                    Plaintiff,              PROPOSED ORDER TO
19                                          APPOINT INTERIM CO-LEAD
         v.                                 CLASS COUNSEL
20  APPLE, INC., a California corporation,  (Fed. R. Civ. P. 23(g)(3))
    and DOES 1-100, inclusive,
21                                          ─────────────────────────────
                    Defendants,             ~~CHAMBERS COPY~~
22  ─────────────────────────────────
23  CHRISTOPER CORSI, on behalf of          No. 10-cv-03316-RS
    himself and all others similarly situated,
24                                          DATE:
                    Plaintiff,              TIME:
25                                          COURTROOM:  7
         v.                                 TRIAL DATE:  Not set
26  APPLE, INC.,
27
                    Defendant.
28                                          Hon. Richard Seeborg



1    After filing the Stipulation and Proposed Order to Appoint Interim Co-Lead

2   Class Counsel yesterday (December 21, 2010), Plaintiffs' counsel noticed that the

3   caption page on that document was incorrect, in that it referred to a notion of

4   motion and motion rather than to the stipulation.  Accordingly, Plaintiffs hereby

5   submit this Errata to correct the error, and have attached hereto at **Exhibit A** a

6   Corrected Stipulation and Proposed Order Appointing Interim Co-Lead Class

7   Counsel.

8

9   DATED:  December 22, 2010          FAZIO | MICHELETTI LLP

10

                                      by /s/ Jeffrey L. Fazio
11
                                      Jeffrey L. Fazio (146043)
12                                    Dina E. Micheletti (184141)
                                      FAZIO | MICHELETTI LLP
13                                    2410 Camino Ramon, Suite 315
                                      San Ramon, CA 94583
14                                    Telephone: 925-543-2555
                                      Facsimile: 925-369-0344
15
                                      Kimberly A. Kralowec (163158)
16                                    Elizabeth Newman
                                      THE KRALOWEC LAW GROUP LLP
17                                    188 The Embarcadero, Suite 800
                                      San Francisco, CA 94105
18                                    Telephone: 415-546-6800
                                      Facsimile: 415-546-6801
19
                                      Earl L. Bohachek (55476)
20                                    One Maritime Plaza
                                      THE LAW OFFICE OF EARL L. BOHACHEK
21                                    San Francisco, CA 94111
                                      Telephone: 415-434-8100
22                                    Facsimile: 415-781-1034

23                                    *Attorneys for Plaintiff Charlene Gallion, on
                                      behalf of herself and all others similarly
24                                    situated*

25

26

27

28



1    Steven A. Schwartz (pro hac vice)
SAS@chimicles.com
2    Timothy N. Mathews (pro hac vice)
TNM@chimicles.com
3    CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
4    Haverford, PA  19041
Telephone:  (610) 642-8500
5    Facsimile:  (610) 649-3633

6

7    Rose F. Luzon (221544)
James C. Shah (260435)
8    SHEPHERD, FINKELMAN, MILLER
      & SHAH, LLP
9    401 West A Street
Suite 2350
10   San Diego, CA 92101
Telephone:  (619) 235-2416
11   Facsimile:  (619) 234-7334

12   *Attorneys for Plaintiff Christopher Corsi
on behalf of himself and all others
13   similarly situated*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA RE STIPULATION AND PROPOSED ORDER APPOINTING INTERIM LEAD CLASS COUNSEL
CASE NOS. 10-CV-01610, 10-CV-03316

FAZIO|MICHELETTI LLP

1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  FAZIO | MICHELETTI LLP
   2410 Camino Ramon, Suite 315
3  San Ramon, CA 94583
   T: 925-543-2555
4  F: 925-369-0344

5  Attorneys for Plaintiff, Charlene Gallion,
   on behalf of herself and all others
6  similarly situated

7  Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
   Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
8  CHIMICLES & TIKELLIS LLP
   361 W. Lancaster Avenue
9  Haverford, PA 19041
   T: 610-642-8500
10 F: 610-649-3633

11 Attorneys for Plaintiff Christopher Corsi
   on behalf of himself and all others
12 similarly situated

13 *Additional Counsel Listed*
   *at End of Document*

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 CHARLENE GALLION, on behalf of        No. 10-cv-01610-RS
   herself and all others similarly situated,
18                                        **CORRECTED STIPULATION
                                          AND PROPOSED ORDER**
         Plaintiff,                       **APPOINTING INTERIM CO-**
19                                        **LEAD CLASS COUNSEL**
         v.                               **(Fed. R. Civ. P. 23(g)(3))**
20 APPLE, INC., a California corporation,
   and DOES 1-100, inclusive,

21       Defendants,                      <span style="color:red">**CHAMBERS COPY**</span>

22 _____

23 CHRISTOPER CORSI, on behalf of         No. 10-cv-03316-RS
   himself and all others similarly situated,
24                                        DATE: NA
         Plaintiff,                       TIME: NA
25                                        COURTROOM: 7
         v.                               TRIAL DATE: Not set
26 APPLE, INC.,

27

28       Defendant.                       **Hon. Richard Seeborg**

From the outset of the two related actions that are now pending before this Court, *Gallion v. Apple, Inc.*, No. 10-cv-01610-RS, and *Corsi v. Apple, Inc.*, No. 10-cv-03316-RS (the "Related Actions"), counsel for all parties have striven to coordinate the litigation so as to streamline discovery and other aspects of the litigation, and to avoid needless duplication of effort.  To date, those efforts have been informal, but they have been effective.

Shortly after *Corsi* was filed, the parties to both actions entered into a stipulation with Defendant Apple, Inc. ("Apple") by which Apple would file an administrative motion for a determination that the *Corsi* and *Gallion* cases are "related," as that term is used in Local Rule 3-12.  As Apple explained in that motion,

> [t]he nature of the relationship between this first-filed action and the subsequently filed *Corsi* action is that:  (1) the cases both assert substantially similar claims against the same defendant, Apple; (2) the putative classes in both actions substantially overlap; and (3) both cases require determination of the same or substantially similar questions of fact and law.  Specifically, each action focuses on (i) whether the Liquid Contact Indicators ("LCIs") in Apple's iPhone and iPod products are a reliable indicator of liquid damage; and (ii) whether Apple's warranty policies concerning the LCIs are reasonable or appropriate. Indeed, substantial portions of the *Corsi* complaint appear to be identical to the *Gallion* complaint.
> Due to their similarity, if not treated as related, these cases are likely to require substantial duplication of labor and expense and present a potential danger of inconsistent rulings regarding the same issues of law.  Given the closely related nature of each of these cases, the treatment of these actions as related would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Administrative Motion to Consider Whether Cases Should Be Related at 1 (filed Aug. 6, 2010) (footnote omitted) (Docket No. 20).  The Court granted that motion the following week. *See* Related Case Order (Aug. 13, 2010).

For the same reasons, Plaintiffs hereby seek an order appointing counsel for the parties to the Related Actions, Fazio | Micheletti LLP ("FM") and Chimicles & Tikellis LLP ("CT"), as interim co-lead counsel pursuant to Federal Rule of Civil Procedure 23(g).  Such an order will serve to formally organize the efforts of law

1  firms from different parts of the country and coordinate discovery and motion
2  practice in the Related Actions.[1]

3      Thus far, proceeding with the litigation on an informal basis has not been an
4  issue because the parties to the Related Actions, and the parties to *Pennington v.*
5  *Apple, Inc.,* No. 1-10-CV-162659, which is pending before the Santa Clara County
6  Superior Court, have agreed to work together with counsel for Apple on a
7  cooperative basis.

8      Now that another action based on the same operative facts—*Calix v. Apple,*
9  *Inc.,* which was filed in Louisiana state court and removed to the U.S. District Court
10 for the Middle District of Louisiana—has been filed, it has become evident that a
11 formal organizational structure would benefit the interests of all concerned. Thus,
12 counsel for the *Calix* Plaintiffs have agreed **(1)** that FM and CT will serve as co-lead
13 counsel for Plaintiffs in the *Gallion, Corsi,* and *Calix* actions and **(2)** to voluntarily
14 transfer the *Calix* action to this Court. Moreover, Plaintiffs' counsel have discussed
15 the matter with counsel for Apple, who have confirmed that Apple does not oppose
16 the appointment of FM and CT as co-lead counsel. Accordingly, Apple's counsel
17 have authorized Plaintiffs' counsel to represent to the Court that Apple does not
18 oppose the adoption of this Stipulation as an order of the Court.

19     If appointed as interim co-lead counsel for Plaintiffs, FM and CT will serve to
20 protect the interests of Plaintiffs and the proposed class by imposing order on the
21 litigation prior to class certification; eliminating unnecessary duplication of effort
22 and the potential for conflict between competing actions; allocating work among
23 Plaintiffs' counsel in a fair, efficient, and streamlined manner; and pursuing a

24  _____

25     [1] A court may appoint more than one firm to act as co-lead counsel. *See, e.g.,*
26 *In re Air Cargo Shipping*, 240 F.R.D. at 58-59 (appointing four law firms as co-lead
   counsel); *Nowak v. Ford Motor Co.*, 240 F.R.D. 355, 361 (E.D. Mich. 2006)
27 (appointing two law firms as co-lead counsel); *In Re Pressure Sensitive Labelstock
   Antitrust Litig.*, 2007 WL 415066, (M.D. Pa. Nov. 19 2007) (appointing four law
28 firms as co-lead class counsel after previously appointing same four firms as co-lead
   interim class counsel).

1   unified approach to any proposals that may be made to resolve the underlying

2   disputes by settlement.  By their signatures set forth below, counsel for each of the

3   federal Plaintiffs have agreed to the appointment of FM and CT as interim co-lead

4   Plaintiffs' counsel, and that the appointment will establish a unified leadership

5   structure that will move the litigation forward in an effective and efficient manner.[2]

6   As indicated by FM and CT's firm resumes, which are attached to this Stipulation

7   at Tabs 1 and 2, respectively, both firms are eminently qualified to lead the class, as

8   they have in many other class actions.  Therefore, each of the criteria set forth in

9   Federal Rule of Civil Procedure 23(g) are satisfied.[3]

10       Thus, Plaintiffs, through their respective counsel, hereby stipulate to the

11  appointment of Fazio | Micheletti LLP and Chimicles & Tikellis LLP as interim co-

12  lead counsel pursuant to Federal Rule of Civil Procedure 23(g), and respectfully

13  request that the Court adopt this Stipulation as an order of the Court.

14

15

16

---

17  [2] The unanimous support of the plaintiffs is a compelling reason to appoint
18  interim co-lead counsel as proposed by this Stipulation.  *See, e.g., In re Aluminum
    Phosphide Antitrust Litig.*, 1994 WL 4818487, *5, *7 (D. Kan. May 17, 1994) ("In
19  designating lead counsel, the Court will also give due consideration to the
    preferences expressed by the parties themselves, through their counsel. . . .  Absent
20  persuasive evidence to the contrary, the court assumes that nominations and votes
    for lead counsel are made in good faith for reasons that benefit the client").

21  [3] The standards set forth in Rule 23(g)(1)(A)(1)(i)-(iv) apply in choosing
22  interim class counsel.  *See, e.g., Brigiotta's Farmland Produce & Garden Ctr., Inc. v.
    United Potato Growers of Idaho, Inc.*, 2010 U.S. Dist. LEXIS 106443, *5 (D. Idaho
23  Oct. 4, 2010) ("Courts generally look to the same factors used in determining the
    adequacy of class counsel under Rule 23(g)(1)(A) when appointing interim counsel");
24  *Thompson v. World Alliance Fin. Corp.*, 2010 U.S. Dist. LEXIS 85912, *28 (E.D.N.Y.
    Aug. 20, 2010) (same); *In re Air Cargo Shipping Servs. Antitrust Litig.*, 240 F.R.D.
25  56, 57 (E.D.N.Y. 2006) (same); *Parkinson v. Hyundai Motor Am.*, 2006 U.S. Dist.
    LEXIS 59055, *6-7 (C.D. Cal. Aug. 7, 2006) (same).  As the attached resumes
26  demonstrate, FM and CT easily meet the criteria set forth in Rule 23(g)(1)(A)(i)-(iv),
    as they have identified and investigated the claims and potential claims in the
27  action; they have extensive experience in handling class actions, other complex
    litigation, and the types of claims asserted in the present litigation; they have
28  extensive knowledge of the applicable law; and they and their co-counsel are
    prepared to commit the resources necessary to properly represent the class.

-3-

FAZIO | MICHELETTI LLP
Attorneys

1    **SO STIPULATED.**

2    DATED:  December 22, 2010          FAZIO | MICHELETTI LLP

3
                                       by /s/ *Jeffrey L. Fazio*
4
                                       Jeffrey L. Fazio (146043)
5                                      Dina E. Micheletti (184141)
                                       FAZIO | MICHELETTI LLP
6                                      2410 Camino Ramon, Suite 315
                                       San Ramon, CA 94583
7                                      Telephone: 925-543-2555
                                       Facsimile: 925-369-0344
8

9    DATED:  December 22, 2010          THE KRALOWEC LAW GROUP

10
                                       by /s/ *Kimberly A. Kralowec*
11
                                       Kimberly A. Kralowec (163158)
12                                     Elizabeth Newman
                                       188 The Embarcadero, Suite 800
13                                     San Francisco, CA 94105
                                       Telephone: 415-546-6800
14                                     Facsimile: 415-546-6801

15

16

17   DATED:  December 22, 2010          LAW OFFICES OF EARL L. BOHACHEK

18

19                                     by /s/ *Earl L. Bohachek*

20                                     Earl L. Bohachek (55476)
                                       One Maritime Plaza
21                                     San Francisco, CA 94111
                                       Telephone: 415-434-8100
22                                     Facsimile: 415-781-1034

23                                     *Attorneys for Plaintiff Charlene Gallion, on
                                       behalf of herself and all others similarly
24                                     situated*

25

26

27

28

-4-


FAZIO | MICHELETTI LLP

1   DATED:  December 22, 2010         CHIMICLES & TIKELLIS LLP

2
                                      by /s/Steven A. Schwartz
3
                                      Steven A. Schwartz (*pro hac vice*)
4                                     SAS@chimicles.com
                                      Timothy N. Mathews (*pro hac vice*)
5                                     TNM@chimicles.com
                                      361 W. Lancaster Avenue
6                                     Haverford, PA  19041
                                      Telephone:  (610) 642-8500
7

8   DATED:  December 22, 2010         SHEPHERD, FINKELMAN, MILLER
                                         & SHAH, LLP
9
                                      by /s/ Rose F. Luzon
10
                                      Rose F. Luzon (221544)
11                                    James C. Shah (260435)
                                      401 West A Street
12                                    Suite 2350
                                      San Diego, CA 92101
13                                    Telephone:  (619) 235-2416

14
                                      *Attorneys for Plaintiff Christopher Corsi*
15                                    *on behalf of himself and all others*
                                      *similarly situated*
16

17  DATED:  December 22, 2010         KEOGH, COX & WILSON

18

19                                    by /s/ Christopher K. Jones

20                                    John P. Wolff, III
                                      Christopher K. Jones
21                                    701 Main Street
                                      Post Office Box 1151
22                                    Baton Rouge, Louisiana  70821
                                      Telephone: (225) 383-3796
23                                    Facsimile: (225) 343-9612

24

25

26

27

28



CORRECTED STIPULATION AND PROPOSED ORDER APPOINTING INTERIM LEAD COUNSEL
CASE NOS. 10-CV-01610, 10-CV-03316

1    DATED:  December 22, 2010           BOHRER LAW FIRM, L.L.C.

2

3                                        by /s/ Philip Bohrer

4
                                         Philip Bohrer
5                                        Scott E. Brady
                                         8712 Jefferson Highway, Suite B
6                                        Baton Rouge, Louisiana 70809
                                         Telephone: (225) 925-5297
7                                        Facsimile: (225) 231-7000

8
                                         *Attorneys for Plaintiff Daniel Calix*
9                                        *on behalf of himself and all others*
                                         *similarly situated*
10

11

12        SO ORDERED.

13

14    DATED: 12-29-, 2010

15                                       Hon. Richard Seeborg
                                         United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -6-

