*E-Filed 4/13/11*

1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   2410 Camino Ramon, Suite 315
3  San Ramon, CA 94583
   T: 925-543-2555
4  F: 925-369-0344

5  Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
   Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
6  **CHIMICLES & TIKELLIS LLP**
   361 W. Lancaster Avenue
7  Haverford, PA 19041
   T: 610-642-8500
8  F: 610-649-3633

9  Attorneys for Plaintiff, Charlene Gallion and
   Christoper Corsi, on behalf of themselves
10 and all others similarly situated

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE GALLION, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> APPLE, INC., a California corporation, and DOES 1-100, inclusive, <br><br> Defendants. | No. CV 10-01610-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS AND GRANTING LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT** |
| CHRISTOPHER CORSI, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> APPLE INC., <br><br> Defendant. | No. CV 10-03316-RS |
| DANIEL CALIX, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> APPLE INC., <br><br> Defendant. | No. CV 10-05895-RS <br><br><br> Hon. Richard Seeborg |



1    Pending before the Court are three actions that have been formally related by order of this
2    Court: *Gallion v. Apple, Inc.,* CV-10-01660, *Corsi v. Apple, Inc.*, CV-10-03316, and *Calix v.
3    Apple, Inc.*, No. CV-10-05895 (collectively, the "Related Actions"). Because of their similarity
4    and the parties' voluntary coordination of discovery and other aspects of the litigation, the parties
5    have agreed that formally consolidating the Related Actions will further the parties' objectives
6    regarding their efficient and expeditious resolution. Accordingly, the parties hereby
7    STIPULATE as follows:

8    1.    The Related Actions are hereby consolidated into Civil Action No. CV 10-01610-
9    RS for pretrial proceedings before this Court. The consolidated action shall be captioned as "In
10   re Apple iPhone/iPod Warranty Litigation."

11   2.    All related actions (as that term is defined in Civil Local Rule 3-12(a)) that are
12   subsequently filed in, or transferred to, this District shall be consolidated into this action for
13   pretrial purposes and Fazio | Micheletti LLP and Chimicles & Tikellis LLP shall continue to
14   serve as Co-Lead Class Counsel for the consolidated action.

15   3.    This Order shall apply to every such related action, absent order of the Court. A
16   party that objects to such consolidation, or to any other provision of this Order, must file an
17   application for relief from this Order within thirty (30) days after the date on which a copy of the
18   order is mailed to the party's counsel, pursuant to Paragraph 4, infra.

19   4.    The parties shall file a Notice of Related Case pursuant to Civil L.R. 3-12
20   whenever a case that should be consolidated with this action is filed in, or transferred to, this
21   District. If the Court determines that the case is related, the clerk shall:

22       a.    place a copy of this Order in the separate file for such action;
23       b.    serve on plaintiff's counsel in the new case a copy of this Order;
24       c.    direct that this Order be served upon defendants in the new case; and
25       d.    make the appropriate entry in the Docket for the consolidated action.

26   5.    This Order is entered without prejudice to the rights of any party to apply for
27   severance of any claim or action, for good cause shown.

28

-1-
**STIPULATION AND PROPOSED ORDER RE CONSOLIDATION**
NOS. CV-10-01610, CV-10-03316, CV-10-05895

1  6. Defendant Apple, Inc. ("Apple") is not required to respond to the complaint in
2  any action consolidated into this action, other than a consolidated complaint or a complaint
3  designated as the operative complaint.

4  7. Co-Lead Class Counsel shall prepare and file with the Court not later than May
5  30, 2011, a consolidated complaint containing the substantive allegations and claims for relief
6  pertaining to each of the Related Actions (the "Consolidated Complaint"). The Consolidated
7  Complaint shall be the operative complaint in the consolidated action, and shall supersede all
8  complaints filed in any of the actions consolidated herein. Apple shall have thirty (30) days from
9  the filing of the Consolidated Complaint in which to plead or otherwise respond.

10  8. SO STIPULATED.

DATED: April 12, 2011

Jeffrey L. Fazio
Dina E. Micheletti
**FAZIO | MICHELETTI LLP**

Kimberly A. Kralowec
Elizabeth Newman
**THE KRALOWEC LAW GROUP LLP**

Earl L. Bohachek
**THE LAW OFFICES OF EARL L. BOHACHEK**

by   */s/ Jeffrey L. Fazio*
Jeffrey L. Fazio

Attorneys for Plaintiff, Charlene Gallion,
on behalf of herself and the proposed class,
and Interim Co-Lead Class Counsel

DATED: April 12, 2011

Steven A. Schwartz
Timothy N. Mathews
**CHIMICLES & TIKELLIS LLP**

Rose F. Luzon
James C. Shah
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

by   */s/ Steven A. Schwartz*
Steven A. Schwartz

Attorneys for Plaintiff, Christopher Corsi,
on behalf of himself and the proposed class,
and Interim Co-Lead Class Counsel

-2-



| | | |
|---|---|---|
| 1 | DATED: April 12, 2011 | Philip Bohrer<br>Scott E. Brady |
| 2 | | **BOHRER LAW FIRM L.L.C.** |
| 3 | | John P. Wolff, III<br>Christopher K. Jones |
| 4 | | **KEOGH, COX & WILSON** |

by   */s/ Scott E. Brady*
Scott E. Brady

Attorneys for Plaintiff, Daniel Calix
on behalf of himself and the proposed class

DATED: April 12, 2011

Penelope A. Preovolos
Andrew D. Muhlbach
Heather A. Moser
Samuel J. Boone Lunier
**MORRISON | FOERSTER LLP**

by   */s/ Andrew D. Muhlbach*
Andrew D. Muhlbach

Attorneys for Defendant, Apple, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.[*]

Dated:  4/13/11  , 2011

The Honorable Richard Seeborg
United States District Judge

---

[*] It is further ordered that upon the filing of this order in all of the above-captioned cases, the Clerk shall close the files in Case Nos. 10-3316 RS and 10-5895 RS.

