Jeffrey L. Fazio (146043)
jlf@fazmiclaw.com
Dina E. Micheletti (184141)
dem@fazmiclaw.com
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T:  925-543-2555
F:  925-369-0344

Steven A. Schwartz (*pro hoc vice*)
SAS@chimicles.com
Timothy N. Mathews (*pro hoc vice*)
TNM@chimicles.com
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone:  (610) 642-8500

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. CV 10-01610-RS<br><br>**NOTICE OF ADOPTION BY NON-PARTY 3M COMPANY OF TERMS OF STIPULATED PROTECTIVE ORDER FILED NOVEMBER 2, 2010, AS MODIFIED; STIPULATION AND [PROPOSED] ORDER** |

1

Pursuant to paragraph 34 of the Stipulated Protective Order filed on November 2, 2010 (Dock. No. 29), 3M Company, a non-party who has been served with a subpoena in these proceedings, hereby adopts the provisions of the Stipulated Protective Order, as modified herein.

By and through their counsel, the parties and 3M Company agree that the language set forth below shall be deemed added to paragraphs 28, 32 and 37 of the Stipulated Protective Order for purposes of 3M's production only (new language underscored):

28. Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material at issue. Pursuant to Civil Local Rule 79-5, a sealing order will issue only upon a request establishing that the Protected Material at issue is privileged, protectable as a trade secret, or otherwise entitled to protection under the law. If a Receiving Party's request to file Protected Material under seal pursuant to Civil Local Rule 79-5(d) is denied by the court, then the Receiving Party may file the information in the public record pursuant to Civil Local Rule 79-5(e) unless otherwise instructed by the court. <u>If, pursuant to Civil Local Rule 79-5, a Receiving Party files an Administrative Motion to File Under Seal that seeks an order sealing any Protected Material produced by non-party 3M Company, that Receiving Party shall serve that Motion on counsel for 3M Company.</u>

32. This Protective Order is not intended to govern the use of Protected Material at evidentiary hearings or at the trial of this action. Procedures

1  governing the use of Protected Material at evidentiary hearings and at trial,
2  if necessary, will be established by separate order.  <u>If an evidentiary
3  hearing or trial has been scheduled at which Protected Material produced
4  by non-party 3M Company might potentially be used by a Receiving
5  Party, that Receiving Party shall notify 3M's counsel of the originally-
6  scheduled date of that evidentiary hearing or trial.  For evidentiary
7  hearings, if the hearing date was scheduled by noticed motion (either on
8  regular notice under the applicable Rules or otherwise as the Court may
9  order), then such notice shall be provided to 3M's counsel simultaneously
10 with the original notice, if the Receiving Party is the moving party, or
11 simultaneously with the opposition papers, if the Receiving Party is the
12 opposing party.  For all other evidentiary hearings, the Receiving Party
13 shall notify 3M's counsel as soon as practicable after the hearing date is
14 originally scheduled by the Court.  For trial, such notice shall be provided
15 within 30 days of the originally-scheduled trial date.</u>

16  37.  No restriction imposed by this Protective Order may be terminated, except
17       by a written stipulation executed by counsel of record for all parties, or by
18       an order of this Court for good cause shown. The termination of this action
19       shall not terminate the obligations specified in this Protective Order.  <u>All
20       Protected Material produced by non-party 3M Company shall be
21       destroyed within 180 days following the conclusion of all Related Cases.
22       For purposes of this paragraph, "conclusion" means the last day to file a
23       petition for a writ of certiorari with the United States Supreme Court
24       challenging the last order entered by any lower court in any of the Related
25       Cases, or the date on which such a petition is denied.</u>

3

1    IT IS SO STIPULATED.

2

3  Dated: May 27, 2011                    **3M COMPANY**

4

5                                          By      */s/ Alpha Khaldi*
6                                               Alpha Khaldi

7                                          Counsel for Non-Party 3M Company

8

9  Dated: May 27, 2011                    **FAZIO | MICHELETTI LLP**

10

11                                         By      */s/ Jeffrey L. Fazio*
                                               Jeffrey L.  Fazio
12
                                           Interim Co-Lead Class Counsel
13
   Dated: May 27, 2011                    **CHIMICLES & TIKELLIS LLP**
14

15
                                           By      */s/ Steven A. Schwartz*
16                                             Steven A. Schwartz

17                                         Interim Co-Lead Class Counsel

18
   Dated: May 27, 2011                    **MORRISON FOERSTER LLP**
19

20

21                                         By      */s/Andrew D. Muhlbach*
                                               Andrew D. Muhlbach
22
                                           Attorneys for Defendant Apple, Inc.
23

24

25

26

27

28
                                           4

**ATTESTATION OF FILER**

I, Kimberly A. Kralowec, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. *See* N.D. Cal. Gen. Order No. 45, para. X(B).

Dated: May 27, 2011     By:     */s/ Kimberly A. Kralowec*
                                 Kimberly A. Kralowec
                                 THE KRALOWEC LAW GROUP

**ORDER**

IT IS SO ORDERED.

Dated:  May  31, 2011                    _____
                                         Hon Richard Seeborg
                                         Judge of the District Court

Notice of Adoption by Non-Party 3M Company of Terms of Stipulated Protective Order Filed 11/2/2010, as Modified; Stipulation and [Proposed] Order, Case No. 3:10-cv-01610-RS

DCACTIVE-14629550.1