*E-Filed 6/1/11*

1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   2410 Camino Ramon, Suite 315
3  San Ramon, CA  94583
   T:  925-543-2555
4  F:  925-369-0344

5  Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
   Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
6  **CHIMICLES & TIKELLIS LLP**
   361 W. Lancaster Avenue
7  Haverford, PA  19041
   T:  610-642-8500
8  F:  610-649-3633

9  *Interim Co-Lead Class Counsel*

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | No.  CV 10-01610-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |

1  In the Stipulation and Order Consolidating Actions and Granting Leave to File
2  Consolidated Amended Complaint, filed on April 13, 2011 (Dock. No. 46), this Court set a
3  deadline of May 30, 2011 for Co-Lead Class Counsel to file "a consolidated complaint
4  containing the substantive allegations and claims for relief pertaining to each of the Related
5  Actions (the 'Consolidated Complaint')." *See id.*, ¶7. By and through their counsel, the parties
6  hereby STIPULATE that this filing deadline shall be continued by approximately thirty days to
7  June 30, 2011. As previously ordered, Apple shall continue to "have thirty (30) days from the
8  filing of the Consolidated Complaint in which to plead or otherwise respond." *Id.*

9  DATED: May 25, 2011                    Jeffrey L. Fazio
                                           Dina E. Micheletti
10                                         **FAZIO | MICHELETTI LLP**

11
                                   by    */s/ Jeffrey L. Fazio*
12                                         Jeffrey L. Fazio

13                                         Interim Co-Lead Class Counsel

14  DATED: May 25, 2011                    Steven A. Schwartz
                                           Timothy N. Mathews
15                                         **CHIMICLES & TIKELLIS LLP**

16
                                   by    */s/ Steven A. Schwartz*
17                                         Steven A. Schwartz

18                                         Interim Co-Lead Class Counsel

19  DATED: May 25, 2011                    Penelope A. Preovolos
                                           Andrew D. Muhlbach
20                                         Samuel J. Boone Lunier
                                           **MORRISON | FOERSTER LLP**
21

22                                 by    */s/ Andrew D. Muhlbach*
                                           Andrew D. Muhlbach
23
                                           Attorneys for Defendant, Apple, Inc.
24

25

26

27

28



-1-
**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT**
**NOS. CV-10-01610-RS**

**ATTESTATION OF FILER**

I, Kimberly A. Kralowec, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  *See* N.D. Cal. Gen. Order No. 45, para. X(B).

Dated: May 26, 2011          By:    */s/ Kimberly A. Kralowec*
                                    Kimberly A. Kralowec
                                    THE KRALOWEC LAW GROUP


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   5/31      , 2011       _____
                                The Honorable Richard Seeborg
                                United States District Judge



-2-

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE CONSOLIDATED AMENDED COMPLAINT**
**NOS. CV-10-01610-RS**