*E-Filed 12/7/11*

1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    PPreovolos@mofo.com
2   ANDREW DAVID MUHLBACH (CA SBN 175694)
    AMuhlbach@mofo.com
3   ALEXEI KLESTOFF (CA SBN 224016)
    AKlestoff@mofo.com
4   SAMUEL J. BOONE LUNIER (CA SBN 252732)
    SLunier@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendant
    APPLE INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  IN RE APPLE IPHONE/IPOD WARRANTY       Case No.    CV 10-01610-RS
    LITIGATION
15                                          CLASS ACTION

16                                          JOINT STIPULATION AND
                                            [PROPOSED] ORDER
17                                          REGARDING
                                            CONFIDENTIALITY
18                                          DESIGNATIONS

19
                                            Judge Richard Seeborg, Courtroom 3
20                                          Complaint Filed:  June 30, 2011
                                            Trial Date:  None Set
21

22

23

24

25

26

27

28

WHEREAS, in response to plaintiffs' discovery requests, defendant Apple Inc. ("Apple") has produced documents and deposition testimony that it contends have been properly designated for confidential treatment pursuant to the Stipulated Protective Order entered by the Court on November 2, 2010 ("Protective Order");

WHEREAS, on November 11, 2011, plaintiffs notified Apple that they objected to the confidentiality designations on certain documents and deposition testimony;

WHEREAS, the parties are in the process of conferring informally in an effort to resolve these confidentiality challenges;

WHEREAS, plaintiffs' motion for class certification is currently due on January 31, 2012;

WHEREAS, the Protective Order provides a specific timeframe within which Apple is required to complete the meet-and-confer process regarding its confidentiality designations;

WHEREAS, Apple seeks additional time to complete the meet-and-confer process regarding these confidentiality challenges and seek to resolve these challenges before plaintiffs file in the public record their motion for class certification and any supporting papers;

WHEREAS, Apple's deadline to file a motion to uphold the confidentiality for the documents and testimony challenged by plaintiffs is currently December 9, 2011;

WHEREAS, in light of Apple's request for additional time and the holidays and scheduling issues, the parties agree that it is unlikely that any motion to uphold Apple's confidentiality designations will be decided before January 31, 2012;

WHEREAS, the parties agree to the following procedure to ensure sufficient time to complete the meet-and-confer process and to brief any resulting motion to uphold confidentiality designations, while also avoiding potentially unnecessary motions to seal in connection with plaintiffs' motion for class certification.

THEREFORE, the parties hereby stipulate and request that the Court enter an order that:

1.      The parties will continue the meet-and-confer efforts they have begun regarding Apple's confidentiality designations.

2.      On or before January 31, 2012, plaintiffs will serve, but not file, their motion for class certification and all supporting documents, as well as a list of documents, exhibits, and/or

1   deposition testimony whose confidential status plaintiffs are challenging.  Once plaintiffs have

2   provided this list to Apple, the parties will then meet and confer regarding plaintiffs' challenges

3   and file any necessary briefs pursuant to the procedures set forth in the Protective Order.

4          3.     After the Court has ruled on any confidentiality motions resulting from this

5   process, plaintiffs will file their class certification motion and any supporting papers in

6   accordance with those rulings.

7          4.     The current deadlines imposed by the Protective Order related to the

8   confidentiality challenges raised by plaintiffs on November 11, 2011 are hereby continued,

9   subject to the procedure set forth above.

10          5.     Nothing in this Joint Stipulation alters the briefing schedule for plaintiffs' motion

11   for class certification that is set forth in the Court's October 12, 2011 Order.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: December 5, 2011            JEFFREY L. FAZIO
                                        DINA E. MICHELETTI
2                                       FAZIO | MICHELETTI LLP

3

4                                       By:   /s/ Jeffrey L. Fazio
                                              Jeffrey L. Fazio
5
                                        Interim Co-Lead Class Counsel
6
7    Dated: December 5, 2011            STEVEN A. SCHWARTZ
                                        TIMOTHY N. MATHEWS
8                                       CHIMICLES & TIKELLIS LLP

9

10                                      By:   /s/ Steven A. Schwartz
                                              Steven A. Schwartz
11
                                        Interim Co-Lead Class Counsel
12   Dated: December 5, 2011            PENELOPE A. PREOVOLOS
                                        ANDREW DAVID MUHLBACH
13                                      ALEXEI KLESTOFF
                                        SAMUEL J. BOONE LUNIER
14                                      MORRISON & FOERSTER LLP

15

16                                      By:   /s/ Andrew David Muhlbach
                                              Andrew David Muhlbach
17
                                        Attorneys for Defendant
18                                      APPLE INC.

19

20

21

22

23

24

25

26

27

28

1

2 **ATTESTATION OF FILER**

3      I, Andrew D. Muhlbach, hereby attest that concurrence in the filing of this document has

4 been obtained from each of the other signatories.  *See* N.D. Cal. Gen. Order No. 45, para. X(B).

5

6 Dated: December 5, 2011          By:    /s/ Andrew D. Muhlbach
                                         Andrew D. Muhlbach
7                                        MORRISON & FOERSTER LLP

8

9

10

11

12

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15      Dated:  12/7          , 2011

16

17                                     _____
                                       The Honorable Richard Seeborg
18                                     United States District Judge

19

20

21

22

23

24

25

26

27

28