Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA  94583
T:   925-543-2555
F:   925-369-0344

Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, PA  19041
T:  610-642-8500
F:  610-649-3633

*Interim Co-Lead Class Counsel*
(Additional Counsel Listed at End of Document)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION<br><br>This Document Relates to All Actions | **No. CV-10-01610**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' APPLICATION FOR ORDER SHORTENING TIME AND EXTENDING PAGE LIMIT ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**DATE:  TBD**<br>**TIME:  TBD**<br>**COURTROOM:   3**<br><br>**Hon. Richard Seeborg** |

1   Plaintiffs filed an application for an order (i) shortening
2 time for the hearing of their Motion for Preliminary Approval of
3 Settlement Agreement (the "Preliminary Approval Motion")
4 pursuant to Northern District of California Local Rule ("LR")
5 6-3(a), and (ii) to extend the 25-page limit LR 7-2(b) imposes on
6 the memorandum of points and authorities supporting the
7 Preliminary Approval Motion (the "Application"). Defendant
8 Apple Inc. ("Apple") did not oppose either request in the
9 Application.

10   Having considering the papers on file, the bases for the
11 Application, and the fact that Apple does not oppose it, the
12 Court hereby **GRANTS** the Application. Accordingly, the hearing of
13 Plaintiffs' Motion for Preliminary Approval of Settlement
14 Agreement will take place on **June 19, 2013 at 2:00 p.m.**

15   SO ORDERED.

16 DATED: _____5/29_____, 2013   _____

17   Hon. Richard Seeborg
18   United States District Judge

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION
FOR ORDER SHORTENING TIME AND EXTENDING PAGE LIMIT
(CASE NO. CV-10-01610)