IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION | No. C 10-1610 RS |
| | **ORDER EXTENDING PAGE LIMITS** |
| _____/ | |

While plaintiffs' showing of good cause is less than compelling, their *post-hoc* administrative motions (Dkt. Nos. 98 and 104) to extend page limits on their recently-filed briefs will be granted.

IT IS SO ORDERED.

Dated: 11/15/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE