December 4, 2013



Clerk of the Court
U.S. District Court for the Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

*In re: Apple iPhone/iPod Warranty Litigation*
Case No. 10-01610

## OBJECTION TO SETTLEMENT

Dear Clerk of Court and Honorable Court:

Please accept this letter as my objection to the proposed class action settlement and the request for excessive attorneys' fees by class counsel. I am a class member. Attached is a copy of my filed claim form which provides proof of class membership. The proponents of this settlement have <u>not</u> met their burden to show that the settlement is fair, reasonable, and adequate.

Objection is made based on the proposed award of attorneys' fees, which is excessive under both a lodestar and a percentage of recovery methodologies. Additional objection is made to the extent of the failure of class counsel to make a detailed attorneys' fee and expense application. 30% is too much. The settlement funds belong to the class and I expect the court to fulfill its fiduciary duty to me and other class members. Please do not pay them until we have billing records and know how the money is to be split among the lawyers.

I object to the cy pres recipient that is related to the auto industry – there's no connection to the class.

**OBJECTION TO SETTLEMENT**
Page 2

I also join in and incorporate herein by reference any and all objections filed by other objectors as though set forth in full, to the extent not inconsistent with the specific objections made herein.

I intend to find a lawyer to represent me at the fairness hearing. Please serve me with copies of all future filings via email. Please only communicate with me via email.

Sincerely,

*[signature]*

Michael Casey
4957 Black Oak Drive
Madison, WI 53711
Email: michael@mickeycasey.com

cc: *Via USPS First Class Mail*

Apple Warranty Settlement Administrator
PO Box 43184
Providence RI 02940-3184