**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION _____/ | No. C 10-1610 RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

A dispute has arisen regarding plaintiff's deposition subpoena directed at objector Jeffery Kessinger, which Kessinger moves to quash on shortened time. Potential additional disputes, not yet formally presented, may exist with respect to Kessinger's desire to take certain depositions. Pursuant to Northern District Local Rule 72-1, these and any further discovery disputes filed herein are hereby referred to a randomly assigned Magistrate Judge for resolution. The request for a hearing on shortened time is denied without prejudice to any such relief as the assigned magistrate judge may, in his or her discretion provide. To allow resolution of these disputes on a more considered basis, however, it is hereby ordered that plaintiffs may respond to Kessinger's objections in a separate brief, not to exceed 16 pages, no later than January 24, 2014.

IT IS SO ORDERED.

Dated: December 29, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE