Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA  94583
T:   925-543-2555
F:   925-369-0344

Steven A. Schwartz (*pro hac vice*) (SAS@chimicles.com)
Timothy N. Mathews (*pro hac vice*) (TNM@chimicles.com)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, PA  19041
T:  610-642-8500
F:  610-649-3633

*Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | No.  CV 10-01610-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE** |



## RECITALS

1.      In its Order Granting Conditional Certification of a Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval of Settlement Agreement and Release, dated June 20, 2013 (Dock. No. 88) (the "Preliminary Approval Order"), the Court set a deadline of January 8, 2014 for:  (a) the parties to file their responses to any valid and timely objections to the settlement, and (b) for plaintiffs to file their response to Apple's opposition to their motion for attorneys' fees.

2.      On December 4, 2013, an objection to the settlement was filed by Jeffrey Scott Kessinger.  Dock. No. 111.  On or about December 18, 2013, plaintiffs issued a subpoena for Mr. Kessinger's deposition and production of documents.   On Sunday, December 29, 2013, Mr. Kessinger, through his counsel, filed a motion to quash the subpoena, setting the motion for hearing on Thursday, January 2, 2014.  Dock. No. 114.  On Monday, December 30, 2013, this Court referred the matter to a randomly-selected magistrate judge.  Dock. No. 115.  The Court also extended plaintiffs' deadline to respond to Mr. Kessinger's objection from January 8 to January 24, 2014; however, the Court did not extend defendant Apple's deadline to respond to Mr. Kessinger's objection.  *Id.*

3.      On the same day, the clerk assigned the discovery matter to Magistrate Judge Donna M. Ryu, who issued an order vacating the hearing date set by Mr. Kessinger for his motion to quash, denying the motion to quash without prejudice, and directing the parties to file a letter brief regarding the discovery dispute by no later than January 6, 2014.  Dock. No. 116.

4.      Additionally, objections were filed by other objectors on November 22 and December 11, 2013.  Dock. Nos. 109, 112.  As a result, the parties have necessarily directed time and resources over the past month to objector-related issues, including but not limited to gathering information related to these objectors, subpoenaing these objectors, and meeting and conferring with these objectors.

5.      The parties agree that circumstances warrant this modification of the remaining briefing schedule, as set forth below.



## STIPULATION

Accordingly, by and through their counsel, the parties hereby stipulate as follows:

1.      The deadline for Class Counsel and Apple to file papers in response to any valid and timely objections is extended from January 8, 2014 to January 24, 2014 (the same date as the current deadline for plaintiffs' response to the objection of Mr. Kessinger).

2.      The deadline for Class Counsel to file their response to Apple's opposition to their motion for attorneys' fees is extended by one week from January 8, 2013 to January 15, 2014.

3.      The hearing date of January 29, 2014 for Plaintiffs' motions for final approval of class action settlement and for award of attorney's fees, costs and incentive awards shall remain unchanged.

DATED:  December 31, 2013                    Jeffrey L. Fazio
                                             Dina E. Micheletti
                                             **FAZIO | MICHELETTI LLP**

                                    by   _____*/s/ Jeffrey L. Fazio*_____
                                             Jeffrey L. Fazio

                                             Co-Lead Class Counsel

DATED:  December 31, 2013                    Steven A. Schwartz
                                             Timothy N. Mathews
                                             **CHIMICLES & TIKELLIS LLP**

                                    by   _____*/s/ Steven A. Schwartz*_____
                                             Steven A. Schwartz

                                             Co-Lead Class Counsel

DATED:  December 31, 2013                    Penelope A. Preovolos
                                             George C. Harris
                                             **MORRISON | FOERSTER LLP**

                                    by   _____*/s/ Penelope A. Preovolos*_____
                                             Penelope A. Preovolos

                                             Attorneys for Defendant Apple Inc.



**-2-**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION OF FILER

I, Kimberly A. Kralowec, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  *See* N.D. Cal. Gen. Order No. 45, para. X(B).

Dated: December 31, 2013            By: _____ */s/ Kimberly A. Kralowec* _____
                                                        Kimberly A. Kralowec
                                                        THE KRALOWEC LAW GROUP

## ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _1/2_____, 2014      _____
                                                        The Honorable Richard Seeborg
                                                        United States District Judge



-3-