UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION | No. C-10-01610 RS (DMR)<br><br>**ORDER ON JOINT DISCOVERY LETTERS [DOCKET NOS. 120, 121, 123]** |
| _____/ | |

Before the court are three discovery letter briefs regarding disputes between Plaintiffs and Objectors Jeffrey Kessinger and Michael Casey. [Docket Nos. 120, 121, 123.] The court conducted a hearing on these matters on January 13, 2014. Mr. Casey did not appear. Due to the press of time and rapidly approaching deadlines in this case, the court set forth its reasoning on the record at the hearing. For the reasons stated at the hearing, the court issues the following orders on the discovery letters.

**I.      Docket No. 120**

Kessinger's motion to quash Plaintiffs' subpoena is denied. Kessinger's deposition will take place on Saturday, January 18, 2014 at 1:00 p.m. in Hawaii at the location set forth on the subpoena. The deposition shall not exceed four hours, exclusive of breaks, and Kessinger's counsel may defend the deposition by telephone. Kessinger is ordered to produce to Plaintiffs documents responsive to the following categories **by no later than 12:00 p.m. PST on Thursday, January 16, 2014:**

      a.      all documents related to or supporting his objection to the settlement of this action;

      b.      all documents relating to agreements to compensate Kessinger for acting as an objector in this action or discussing attorney fee arrangements for Kessinger's participation in this lawsuit;

      c.      all documents regarding any consideration that Kessinger obtained as a result of agreeing to withdraw objections filed in the cases listed on the subpoena attachment, limited to cases in which the objection was submitted from 2009 to the present; and

      d.      to the extent that Kessinger contends he obtained additional relief for the classes in the cases listed on the subpoena attachment (limited to cases in which the objection was submitted from 2009 to the present), he must produce to Plaintiffs all documents supporting that contention.

Plaintiffs' counsel may question Kessinger regarding any of the fourteen cases listed at the hearing (ten of which appeared on the subpoena attachment) in which the objection was submitted from 2006 to the present.

      Kessinger shall file a detailed privilege log listing any documents withheld from production on the grounds of privilege by no later than **5:00 p.m. PST on Wednesday, January 15, 2014.** If Plaintiffs challenge any document listed on Kessinger's privilege log, they must set forth their challenge in a letter filed by no later than **12:00 p.m. PST on Thursday, January 16, 2014.** In the event of a challenge by Plaintiffs, the parties shall immediately meet and confer and file a joint letter setting forth any dispute(s) by no later than **9:00 a.m. PST on Friday, January 17, 2014,** and Kessinger shall also lodge with the court a copy of any disputed documents for the court's *in camera* review by no later than **9:00 a.m. PST on January 17, 2014.** If Kessinger contends that a responsive document does not meet the conditions set forth in California Evidence Code section 1123 and that it may be withheld from production on that ground, he shall submit the document(s) to Magistrate Judge Ryu for *in camera* review by no later than **12:00 p.m. PST on Thursday, January 16, 2014.**

**II.    Docket No. 121**

Kessinger's motion for an order granting him permission to depose class counsel Mark Chavez is denied.

### III. Docket No. 123

Plaintiffs' motion for an order compelling Objector Michael Casey to appear for a deposition and to produce documents is granted. Casey's deposition shall take place by no later than January 20, 2014. The deposition is limited to four hours, exclusive of breaks, and shall take place at the location listed on the subpoena. As Casey has requested that he be served by email, Plaintiffs shall serve Casey by email with this Order by January 14, 2014. As Casey failed to timely object to the subpoena, any objections have been waived. Casey shall produce all responsive documents by no later than 5:00 p.m. on the day before the date scheduled for the deposition.

IT IS SO ORDERED.

Dated: January 13, 2014



_____
DONNA M. RYU
United States Magistrate Judge