UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION | No. C-10-01610 RS (DMR)<br><br>**ORDER REGARDING OBJECTOR'S LETTER [DOCKET NO. 129]** |
| _____/ | |

On January 13, 2014, the court held a discovery hearing regarding Plaintiffs' motion for an order compelling Objector Michael Casey to appear for deposition and produce documents (Docket No. 123). Casey did not appear for the hearing. The court granted Plaintiffs' motion and issued an order regarding the requested discovery. [*See* Docket No. 126.] Casey submitted a letter regarding the discovery to the court after the January 13, 2014 hearing. [Docket No. 129.] Therefore, the court will not consider Casey's letter.

**Immediately upon receipt of this Order Plaintiffs shall serve the Order on Michael Casey via email and file a proof of service.**

IT IS SO ORDERED.

Dated: January 15, 2014



_____
DONNA M. RYU
United States Magistrate Judge