Michael Casey
4957 Black Oak Drive
Madison, WI 53711
michael@mickeycasey.com
608-843-6315

Pro Se

FILED
JUN 03 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE iPHONE/iPOD WARRANTY LITIGATION<br><br>This Document Relates to All Actions | Case No. 10-CV-01610<br><br>**NOTICE OF APPEAL**<br><br>Hon. Richard G. Seeborg |

Notice is hereby given that Objector Michael Casey hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval To Settlement Agreement; Awarding Attorney Fees, Costs And Incentive Payments To Class Representatives; And Dismissing Claims Of Settlement Class Members With Prejudice (Doc. No. 154), and Final Judgment (Doc. No. 155), entered in this action on May 8, 2014.

Dated: May 29, 2014      By: _Michael Casey_
                              Michael Casey

Copies to:
Jeffrey L. Fazio
Dina E. Micheletti
**FAZIO |MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583

1

1 | Timothy N. Mathews
2 | **CHIMICLES &TIKELLIS LLP**
  | 361 W. Lancaster Avenue
3 | Haverford, PA 19041

4 | Anthony F. Fata
5 | **CAFFERTY CLOBES MERIWETHER &SPRENGEL LLP**
  | 30 N. LaSalle, Suite 3200
6 | Chicago, IL 60602

7 | Penelope A. Preovolos
8 | George C. Harris
  | **MORRISON & FOERSTER LLP**
9 | 425 Market Street
  | San Francisco, California 94105-2482

2

CASE NO. 10-CV-01610
NOTICE OF APPEAL