

FILED

JUL 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLE IPHONE/IPOD WARRANTY LITIGATION.<br><br>---<br><br>CHARLENE GALLION; et al.,<br><br>    Plaintiffs - Appellees,<br><br>MICHAEL CASEY,<br><br>    Objector - Appellant,<br><br>  v.<br><br>APPLE, INC., a California corporation,<br><br>    Defendant - Appellee. | No. 14-16084<br><br>D.C. No. 3:10-cv-01610-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Kerry S. Kumabe
Deputy Clerk

KK/MOATT