Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Steven A. Schwartz (*pro hac vice*) (sas@chimicles.com)
Timothy N. Mathews (*pro hac vice*) (tnm@chimicles.com)
**CHIMICLES & TIKELLIS LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
T: 610-642-8500
F: 610-649-3633

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE iPHONE/iPOD WARRANTY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | No. 10-CV-01610<br><br>**STATUS REPORT OF CO-LEAD CLASS COUNSEL**<br><br>DATE: none<br>TIME: none.<br>COURTROOM: 3<br>TRIAL DATE: Not set |



H0039272.2

**1**  Co-Lead Class Counsel submit the following report to advise the Court of
**2** the current status of the $53 million Settlement and related settlement
**3** administration in this litigation.

**4**  **Effective Date**: This Court's Order approving the $53 million Settlement
**5** (Dkt. No. 154) is final. Non-class member Michael Casey had filed a notice of
**6** appeal to the Ninth Circuit (No. 14-16084). On June 20, 2014, Co-lead Class
**7** Counsel filed a motion to dismiss that appeal and for sanctions. Ninth Circuit Dkt.
**8** No. 2. On July 10, 2014, Mr. Casey agreed to dismiss his appeal. Ninth Circuit
**9** Dkt. No. 5. Co-Lead Class Counsel did not pay Mr. Casey anything to dismiss his
**10** appeal; Co-Lead Class Counsel did agree to withdraw their motion for sanctions. *Id*.
**11** The Ninth Circuit dismissed the appeal on July 16, 2014. Ninth Circuit Dkt. No. 6.

**12**  **Settlement Administration**: On September 23, 2014, the Settlement
**13** Administrator mailed settlement checks to eligible Settlement Class Members.
**14** Consistent with the Court's Final Order (Dkt. No. 154 at 5, 9), the checks were
**15** approximately 117% of the average replacement cost of each Settlement Class
**16** Member's iPhone or iPod touch.

**17**  **Attorney's Fees**: Co-Lead Class Counsel are pleased to report that all
**18** disputes have been resolved regarding allocation of counsel fees awarded by the
**19** Court to plaintiffs' counsel.

**20**  **Next Steps**: Co-Lead Class Counsel continue to actively monitor the work
**21** of the Settlement Administrator. Among other things, paragraph 38 of the
**22** Settlement Agreement (Dkt. No. 76-1) requires the Settlement Administrator to
**23** take "appropriate follow up steps" with respect to any Settlement Class Member
**24** who has not deposited his or her settlement check within 30 and 60 days of mailing.
**25** In early 2015, Co-Lead Class Counsel will provide the Court with an additional
**26** status report regarding the ongoing settlement administration process. To the
**27** extent there are settlement checks that remain uncashed checks after the
**28** Settlement Administrator completes its appropriate follow-up steps as required by



the Settlement Agreement, Co-Lead Class Counsel, in consultation with the Settlement Administrator and defendant Apple, Inc., will submit a proposal regarding next steps with respect to distribution of the balance of the Net Settlement Fund consistent with the Settlement Agreement.

DATED:  September 25, 2014        FAZIO | MICHELETTI LLP

By:   /s/ Jeffrey L. Fazio
Jeffrey L. Fazio (146043)
Dina E. Micheletti (184141)
FAZIO | MICHELETTI LLP
2410 Camino Ramon, Suite 315
San Ramon, CA  94583
Telephone:  925-543-2555
Facsimile:  925-369-0344

By:   /s/ Steven A. Schwartz
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA  19041
Telephone:  610-642-8500
Facsimile: 610- 649-3633

*Co-Lead Class Counsel*

