IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE/IPOD WARRANTY LITIGATION | No. C 10-1610 RS |
| | **ORDER RE BRIEFING SCHEDULE** |
| _____/ | |

Disputes between co-lead counsel in this action have once again led to motion practice that the stipulated order of appointment was designed to prevent. See Docket No. 33 at ECF p. 6-7 ("If appointed as interim co-lead counsel for plaintiffs, FM and CT will . . . pursu[e] a unified approach . . . . [T]he appointment will establish a unified leadership structure that will move the litigation forward in an effective and efficient manner." While the disagreement regarding the distribution issue may have been unavoidable, the failure to reach consensus on a briefing procedure and schedule contravenes the spirit of the representations made by counsel when they sought joint appointment.

The hearing on the motion filed by Chimicles & Tikellis LLP set for June 25, 2015 is hereby vacated. No later than June 18, 2015, co-lead counsel and defendant Apple may file briefs in

response to the Chimicles & Tikellis motion, not to exceed 12 pages each.  No reply brief shall be filed and the matter will be submitted without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated:  May 26, 2015

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE